**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THOMAS JACOBS,

Plaintiff,

v.

JOSEPH T. RYERSON & SONS and
UNITED STEELWORKERS OF AMERICA,

Defendants.

Civil No. 00-1625 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant Ryerson's motion to dismiss the complaint the Plaintiff attempted to serve on June 19, 2000, for insufficiency of service of process is referred to Magistrate Judge Arthur J. Boylan.

Dated: August 4, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed AUG 04 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________