**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Thomas Jacobs,

Plaintiff,

Civil No. 00-1625 DWF/AJB

v.

**PRETRIAL SCHEDULING ORDER**

Joseph T. Ryerson & Son, Inc. and
United Steelworkers of America,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Factual discovery shall be commenced in time to be completed by May 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 15, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before February 1, 2001.

   b. By Defendant(s) on or before March 15, 2001.

4. No more than 25 interrogatories shall be served by any Defendant. Plaintiff shall be permitted to serve not more than 25 interrogatories on each Defendant. Interrogatories are counted in accordance with Fed. R. Civ. R. 33(a).

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Plaintiff shall take no more than 3 expert depositions. Each Defendant shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before December 1, 2000. [Any motion for leave to amend to allege punitive damages must be served and filed before the discovery deadline date].

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, May 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by July 1, 2001. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Linquist, 651-848-1296-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on November 1, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 1 week.

Dated: 8/30/00

Arthur J. Boylan
United States Magistrate Judge