UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Thomas Jacobs,

Plaintiff,

v.

Joseph T. Ryerson & Son, Inc., and
United Steelworkers of America,

Defendants.

Civil File No. 0:00 CV 1625 DWF/AJB

**STIPULATION AND ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER**

**WHEREAS**, the Pretrial Scheduling Order filed August 30, 2000 sets various deadlines for *inter alia,* disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosure required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witnesses, the completion of discovery, deadline for service and filing of non-dispositive and dispositive motions, and establishes a "trial ready" date; and

**WHEREAS**, the Deposition of Plaintiff Thomas Jacobs has not yet been completed, due to: a) adjournments necessitated by medical illness on January 9, 2001 and on March 6, 2001; and b) his failure to appear for his deposition noticed for February 26, 2001 (allegedly due to the inclement weather) and on March 21, 2001 (allegedly due to improper service of notice); and

**WHEREAS**, on March 21, 2001, shortly after Plaintiff failed to appear at his deposition, counsel for Defendant Joseph T. Ryerson & Son, Inc. ("Ryerson") and counsel for Plaintiff Thomas Jacobs notified counsel for Defendant United Steelworkers of America that they had reached a settlement of Plaintiff's claims against Defendant Ryerson; and

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, counsel for Defendant United Steelworkers of America, for various reasons, including Plaintiff's failure to appear at his deposition on two occasions and the settlement of his claims against Ryerson after failing to appear on the second occasion, advised counsel for Plaintiff that Defendant United Steelworkers of America would not participate in further discovery but would rather move the Court for dismissal and/or an award of sanctions, costs and attorney's fees and/or amendments to the Pretrial Scheduling Order; and

**WHEREAS**, counsel for Plaintiff and counsel for Defendant United Steelworkers of America have met and conferred and reached a settlement of the issues regarding attorney's fees, sanctions and amendment of the Pretrial Scheduling Order; and

**WHEREAS,** counsel for Plaintiff, by his signature below, represents to the Court that Plaintiff has reached a settlement of Plaintiff's claims against Defendant Ryerson, and

**WHEREAS**, Plaintiff and Defendant United Steelworkers of America agree that there is good cause to amend the Scheduling Order;

**NOW, THEREFORE**, the parties hereby stipulate and agree to amend the Pretrial Scheduling Order, as follows:

1. Defendant United Steelworkers of America's deadline for disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) shall be extended until 30 days after completion of the deposition of Plaintiff Thomas Jacobs;

2. The discovery deadline date is extended from May 1, 2001 to July 2, 2001;

3. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 2, 2001;

4. All dispositive motions shall be served and filed by the parties by September 3,

2001; and

5. This case shall be ready for a jury trial on January 1, 2002, or upon resolution of any pending dispositive motion. Anticipated length of trial is 1 week.

**SO STIPULATED:**

WALSH LAW FIRM

Dated: April 13, 2001.

Christopher R. Walsh (#199813)
270 Grain Exchange North Bldg.
301 Fourth Avenue South
Minneapolis MN 55415
(612) 677-8300
*Attorney for Plaintiff Thomas Jacobs*

PETERSON, ENGBERG & PETERSON

Dated: April 16, 2001.

John G. Engberg (#26761)
Mark W. Bay (#554X)
700 Title Insurance Building
400 Second Avenue South
Minneapolis MN 55401
(612) 338-6743
*Attorneys for Defendant United Steelworkers of America, AFL-CIO-CLC*

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

BY THE COURT:

Dated: 4/19, 2001.

Arthur J. Boylan
United States Magistrate Judge