UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Thomas Jacobs,

Plaintiff,

v.

Joseph T. Ryerson & Son, Inc., and United Steelworkers of America,

Defendants.

Civil File No. 0:00 CV 1625 DWF/AJB

**STIPULATION AND ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER AND EXTEND THE DEADLINE FOR EXPERT DISCLOSURES BY DEFENDANTS**

---

**WHEREAS**, the Pretrial Scheduling Order filed August 30, 2000 sets a deadline for Defendants of March 15, 2001 for the disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness;

**WHEREAS**, Plaintiff's deposition began on the morning of January 9, 2001 and was adjourned in the afternoon before it was completed due to the illness of Plaintiff;

**WHEREAS**, Plaintiff's deposition resumed on the morning of March 6, 2001, and his deposition on that day was adjourned in the afternoon before it was completed due to the illness of Plaintiff;

**WHEREAS**, Defendants maintain that they cannot determine whether to retain an expert or experts and submit the expert disclosures required by Rule 26(a)(2) and the Pretrial Scheduling Order

FILED MAR 1 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

until Plaintiff's deposition has been completed;

**WHEREAS**, Plaintiff's deposition will not be able to be completed until after March 15, 2001;

**WHEREAS**, the parties agree that there is good cause to amend the Scheduling Order and to extend the deadline for expert disclosures by Defendants;

**NOW THEREFORE**, the parties hereby stipulate and agree to amend the Pretrial Scheduling Order and to extend the deadline for the disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) by Defendants until April 16, 2001.

**SO STIPULATED:**

Dated: March 13, 2001

WALSH LAW FIRM

By [signature]
Christopher R. Walsh (# 199813)
270 Grain Exchange North Bldg.
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 677-8300

Attorney for Plaintiff Thomas Jacobs

Dated: March 13, 2001

DORSEY & WHITNEY LLP

By Julie G. Meany
Jean F. Holloway (#214127)
Julie G. Meany (# 256213)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Joseph T. Ryerson & Son, Inc.

Dated: March 13, 2001

PETERSON, ENGBERG & PETERSON

By ______________________

John G. Engberg (26761)
Mark W. Bay (554X)
700 Title Insurance Building
400 Second Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 338-6743

Attorneys for Defendant United Steelworkers of America, AFL-CIO-CLC

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: 3/13/01

BY THE COURT

______________________

Arthur J. Boylan
United States Magistrate Judge