UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Thomas Jacobs,

Plaintiff,

Civil File No. 0:00 CV 1625 DWF/AJB

v.

**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT**

Joseph T. Ryerson & Son, Inc., and
United Steelworkers of America,

Defendants.

---

IT IS HEREBY STIPULATED AND AGREED to among the parties, through their undersigned counsel, that Plaintiff may file and serve by no later than March 23, 2001, his Amended Complaint dated November 29, 2000 and that Defendants shall have twenty (20) days thereafter to file and serve their Answers to that Amended Complaint.

SO STIPULATED:

Dated: March 9, 2001

WALSH LAW FIRM

By Christopher R. Walsh
Christopher R. Walsh (# 199813)
270 Grain Exchange North Bldg.
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 677-8300

Attorney for Plaintiff Thomas Jacobs

FILED MAR 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: March 8, 2001

DORSEY & WHITNEY LLP

By ______________________
Jean F. Holloway (#214127)
Julie G. Meany (# 256213)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Joseph T. Ryerson & Son, Inc.

Dated: March 9, 2001

PETERSON, ENGBERG & PETERSON

By ______________________
John G. Engberg (26761)
Mark W. Bay (554X)
700 Title Insurance Building
400 Second Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 338-6743

Attorneys for Defendant United Steelworkers of America, AFL-CIO-CLC

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: 3/15/01

BY THE COURT:

______________________
Arthur J. Boylan
United States Magistrate Judge