UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Jacobs,

Plaintiff,

Civil File No. 00-1625 DWF/AJB

v.

Joseph T. Ryerson & Son, Inc., and
United Steelworkers of America,

Defendants.

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JOSEPH T. RYERSON & SON, INC.**

WHEREAS, the Plaintiff Thomas Jacobs and Defendant Joseph T. Ryerson & Son, Inc. ("Ryerson") have entered into a Confidential Settlement Agreement and General Release, which, inter alia, fully settles all contested issues in this case between Plaintiff and Ryerson and any claims for damages or other relief that Plaintiff may have against Ryerson in this lawsuit;

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff against Ryerson are hereby dismissed with prejudice and, further, that

FILED MAY 10 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

both parties shall bear their own costs and fees.

SO STIPULATED:

Dated: April 24, 2001

DORSEY & WHITNEY, LLP

Julie G. Meany

Jean F. Holloway (#214127)
Julie G. Meany (#256213)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant
Joseph T. Ryerson & Son, Inc.

Dated: 4-26-01

WALSH LAW FIRM

Christopher R. Walsh

Christopher R. Walsh (#199813)
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (612) 677-8300

Attorney for Plaintiff Thomas Jacobs

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: May 10, 2001

BY THE COURT

Donovan W. Frank
Judge of District Court